IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOHN STERLING RUTH STUDIO, LLC,    :
                    Plaintiff,        :        Civil Action No. 16-1125
            v.             :
                                  :
THE COCA-COLA COMPANY,         :
                Defendant.      :

## <u>NOTICE OF DISMISSAL PURSUANT TO F.R.Civ.P. 41(a)(1)</u>

The Plaintiff, John Sterling Ruth Studio, LLC, hereby avers the above captioned matter

has been settled and may be dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1), with

prejudice.

FITZPATRICK LENTZ & BUBBA, P.C.


*s/Joshua A. Gildea*

Date:  August 2, 2016      By:_____
                                 Joshua A. Gildea
                                 P.A. I.D. 205911
                               4001 Schoolhouse Lane, P.O. Box 219
                               Center Valley, PA 18034-0219
                               (610) 797-9000
                               Attorneys for Plaintiff